UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODY WHITEMAN,

    Plaintiff,

Case No.: 1:14-cv-861

v.

HONORABLE PAUL L. MALONEY

1ST CLASS TOWING, INC., et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 38). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the parties' confidential settlement agreement is **APPROVED**. A final order closing this case shall enter.


Dated: May 20, 2015
                              /s/ Paul L. Maloney
                              Paul L. Maloney
                              Chief United States District Judge